KEVIN G. McCURDY (SBN 115083)
MEREDITH G. PARKS (SBN 253354)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone:  (650) 618-3500
Facsimile:   (650) 618-3599
E-mail:  kevin.mccurdy@mccurdylawyers.com
E-mail:  meredith.parks@mccurdylawyers.com

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARIDEH MAZAHERI,<br><br>   Plaintiff,<br><br>   v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive,<br><br>   Defendants. | CASE NO. 14-cv-05146 CRB<br><br>**STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>**Judge: Charles R. Breyer**<br><br>Complaint filed on October 8, 2014 |

   A Case Management Conference is currently scheduled in this matter for September 18, 2015 at 8:30 a.m.  Mediation in this matter is currently scheduled to take place on September 22, 2015.  The parties to this action, plaintiff Farideh Mazaheri ("plaintiff") and defendant Safeco Insurance Company of America ("Safeco") have met and conferred and request that the Case Management Conference be continued to a date after the September 22, 2015 mediation.

   Pursuant to Local Rules 7-12 and 16-2(e), the parties to this action, plaintiff and Safeco, by and through their respective counsel of record, hereby agree and stipulate as follows:

57630                                    - 1 -
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

The Case Management Conference currently scheduled for September 18, 2015 should be vacated and the Case Management Conference should be continued to a date after the September 22, 2015 mediation. No other changes to the case management schedule are needed at this time. Plaintiff and Safeco request that the Court enter an order continuing the Case Management Conference.

Dated: August 28, 2015　　　　　　　　　　　　　LESSER LAW GROUP

　　　　　　　　　　　　　　　　　　　　　　　/s/Don A. Lesser
　　　　　　　　　　　　　　　　　　　　　　　DON A. LESSER
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　FARIDEH MAZAHERI

Dated: August 28, 2015　　　　　　　　　　　　　McCURDY & FULLER LLP

　　　　　　　　　　　　　　　　　　　　　　　/s/Kevin G. McCurdy
　　　　　　　　　　　　　　　　　　　　　　　KEVIN G. McCURDY
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　SAFECO INSURANCE COMPANY OF
　　　　　　　　　　　　　　　　　　　　　　　AMERICA

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The Case Management Conference set for September 18, 2015 is vacated and will be continued to October 9, 2015 at 8:30 a.m.

Dated: August 31, 2015　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable Charles R. Breyer

McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
(650) 618-3500

57630　　　　　　　　　　　　　　　　　　- 2 -
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**