KEVIN G. McCURDY (SBN 115083)
ROBERT J. SCOTT, Jr. (SBN 151775)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
E-mail: robert.scott@mccurdylawyers.com

Attorneys for Defendant
SAFECO INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FARIDEH MAZAHERI<br><br>Plaintiff,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 3:14-cv-05146<br><br>**STIPULATION AND ORDER REGARDING PRE-TRIAL AND TRIAL DATES** |
|---|---|

    Plaintiff Farideh Mazaheri and defendant Safeco Insurance Company of America, by and through their undersigned counsel, stipulate to the following pre-trial and trial dates:

| Non-Expert Discovery Cutoff | June 30, 2016 |
|---|---|
| Expert Disclosure | July 8, 2016 |
| Expert Discovery Cutoff | August 16, 2016 |
| Pre-Trial Conference | September 27, 2016  2:30 p.m. |
| Trial Date | October 11, 2016 or later as determined by the Court |

58640

- 1 -

**STIPULATION AND ORDER REGARDING PRE-TRIAL AND TRIAL DATES**

| | | |
|---|---|---|
| 1 | Dated: January 13, 2016 | THE LESSER LAW GROUP |
| 2 | | /s/ Don A. Lesser |
| 3 | | |
| 4 | | DON A. LESSER<br>Attorneys for Plaintiff<br>FARIDEH MAZAHERI |
| 5 | | |
| 6 | Dated: January 13, 2016 | McCURDY & FULLER LLP |
| 7 | | /s/ Kevin G. McCurdy |
| 8 | | |
| 9 | | KEVIN G. McCURDY<br>Attorneys for Defendant<br>SAFECO INSURANCE COMPANY OF AMERICA |

The non-expert discovery cutoff, expert disclosure and expert discovery cutoff dates stipulated to by the parties above are adopted. The Court will set the pre-trial conference and trial dates in accordance with the stipulation.

Dated: January 20, 2016

HONORABLE CHARLES R. BREYER
SENIOR DISTRICT JUDGE